### IN UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**CHARLES COLEMAN**

                                         **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 4:12cv118-MPM-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, ET AL.**                 **DEFENDANTS**

### ORDER STAYING PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . an immunity defense . . . motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal." Because a defendant has raised the issue of qualified immunity by separate motion [9],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

This 2nd day of January, 2013.

                                                            /s/ Jane M. Virden
                                                            U.S. Magistrate Judge